IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JASON PARKER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-3553 |
| | : | |
| BRENDA TRITT, et al. | : | |

## ORDER

AND NOW, this 23rd day of May, 2017, upon careful and independent consideration of Petitioner Jason Parker's pro se Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, to which no objections have been filed,[1] it is ORDERED:

- The Report and Recommendation (Document 9) is APPROVED and ADOPTED;

- Parker's Petition for Writ of Habeas Corpus (Document 1) is DENIED;

- There has been no substantial showing of the denial of a constitutional right warranting the issuance of a certificate of appealability; and

- The Clerk of Court is DIRECTED to mark this case CLOSED.


BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Report and Recommendation was sent to all parties of record on February 27, 2017. Pursuant to Local Civil Rule 72.1 IV(b), a party may object to a magistrate judge's report "within fourteen (14) days after being served with a copy thereof." As of today's date, no objections have been filed.